**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**(WESTERN DIVISION)**

| | | |
|---|---|---|
| THING5, LLC, | ) | |
|       Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| VOICECLOUD, INC., | ) | |
|       Defendant. | ) | C.A. No.: 3:12-cv-30225-MAP |
| VOICECLOUD, LLC, | ) | |
|       Counter-Plaintiff | ) | |
| vs. | ) | |
| | ) | |
| THING5, LLC, | ) | |
|       Counter-Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), it is hereby stipulated by plaintiff Thing5, LLC, defendant Voicecloud, Inc., and counter-plaintiff Voicecloud, LLC, that plaintiff's claims against defendant are dismissed without prejudice, and that counter-plaintiff Voicecloud, LLC's claims against counter-defendant Thing5, LLC are dismissed without prejudice.

This Court retains jurisdiction over this matter for purposes of enforcing the parties' settlement.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED:  February 13, 2014

| PLAINTIFF/COUNTER-DEFENDANT | DEFENDANT/COUNTER-PLAINTIFF |
|---|---|
| THING5, LLC | VOICECLOUD, INC. |
| | VOICECLOUD, LLC |
| By their attorneys, | By their attorneys, |
| | |
| */s/ Patrick J. O'Shea* | */s/ Brendan M. Shortell* |
| Patrick J. O'Shea (BBO # 564832) | Gary E. Lambert (BBO # 548303) |
| Patrick J. Markey (BBO # 563542) | Brendan M. Shortell (BBO # 675851) |
| O'Shea Getz P.C. | 92 State Street |
| 1500 Main Street, Suite 912 | Suite 200 |
| Springfield, MA 01115 | Boston, MA 02109 |
| Phone (413) 731-3100 | Phone (617) 742-8782 |
| Fax (413) 731-3101 | Fax (617) 227-0313 |
| poshea@osheagetz.com | lambert@lambertpatentlaw.com |
| pmarkey@osheagetz.com | shortell@lambertpatentlaw.com |